IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SAMANTHA DEEM                                                                                              PLAINTIFF

v.                                         No. 6:16-CV-06091

MIDLAND FUNDING LLC and MIDLAND
CREDIT MANAGEMENT, INC.                                                                         DEFENDANTS

## ORDER

Currently before the Court is Plaintiff Samantha Deem's motion to dismiss this case with prejudice (Doc. 14). The parties had previously filed a notice of settlement. (Doc. 13).

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 14) is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE